THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
MONICA E. TAIT
Assistant United States Attorney
California Bar Number 157311
Asset Forfeiture Section
1400 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-2931
Facsimile: (213) 894-7177
E-mail: Monica.Tait@usdoj.gov
Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TWO 2007 NISSAN ALTIMAS, ONE 2007 CADILLAC CTS, ONE 2007 FORD MUSTANG, ONE 2007 CHEVROLET AVEO LS, AND ONE 2007 CHEVROLET TAHOE,<br><br>Defendants.<br>_______________<br>JOSE G. ESCOBAR, LINDA ESCOBAR, AND MANHEIM AUTOMOTIVE FINANCIAL SERVICES, INC.,<br><br>Claimants. | NO. CV 08-1545 VBF (FFMx)<br><br>CONSENT JUDGMENT AS TO THE INTERESTS OF JOSE ESCOBAR, SR., LINDA ESCOBAR, AND ALL OTHER POTENTIAL CLAIMANTS OTHER THAN MANHEIM AUTOMOTIVE FINANCIAL SERVICES, INC.<br><br>[THIS ORDER IS NOT CASE-DISPOSITIVE] |

The court having reviewed the stipulation of Plaintiff United States of America and claimants Linda U.S. Escobar ("Linda Escobar"), and Jose G. Escobar ("Escobar Sr."), IT IS HEREBY

ORDERED AS FOLLOWS:

1. On March 5, 2008, plaintiff United States of America commenced this judicial forfeiture action by filing a Complaint alleging that the defendants Two 2007 Nissan Altimas, One 2007 Cadillac CTS, One 2007 Ford Mustang, One 2007 Chevrolet Aveo LS, and One 2007 Chevrolet Tahoe (collectively, "defendant vehicles") are forfeitable to the United States pursuant to §§ 981(a)(1)(A), 981(a)(1)(C) and 984, and Title 31, United States Code § 5317(c). Escobar Sr., Linda Escobar, and Manheim Automotive Financial Services, Inc. ("Manheim") have claimed to have interests in the defendant vehicles.

2. Plaintiff has notified other potential claimants, including Best Value Auto Body, Jose Arcesio Perez Jarrin, Eddie Avakian, Pedro Partida, Jose Gregorio Escobar, Jr., Alejandro Nunez-Avilez, Southern California Auto Auction, Enterprise Rent-a-car, and PV Holding Corporation of this action pursuant to Supplemental Rule G for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure. Notice of forfeiture of the defendants was published three times (March 27, April 3 and April 10, 2008) in accordance with Supplemental Rule G(4)(a)(iv)(C). Other than the claims identified in paragraph 1 above, no claims or answers have been filed to contest the forfeiture of the defendant vehicles, the time for filing claims and answers has expired, and on July 14, 2008, the clerk entered default against the interests of Best Value Auto Body, Jose Arcesio Perez Jarrin, Eddie Avakian, Pedro Partida, Jose Gregorio Escobar, Jr., Alejandro Nunez-Avilez, Southern California Auto Auction, Enterprise Rent-a-car, and PV Holding Corporation and

all other potential claimants. All potential claimants to the defendants other than Escobar Sr., Linda Escobar, and Manheim are deemed to have admitted the allegations of the complaint.

3. It is the intent of the United States and the stipulating claimants to resolve all of their competing claims to the defendant vehicles by their Stipulation and this Consent Judgment. These parties' agreement to their Stipulation is dependent upon the execution by all parties identified below of the following stipulations:

a. A Stipulation between the United States and Escobar Sr. in the matter United States v. Real Property Located at 4300-4302 E. 3rd Street, Los Angeles, California, et al., CV 07-5492 VBF (FFMx);

b. A Stipulation between the United States and Linda Escobar and Modesta Salas in the matter United States v. Real Property Located at 4300-4302 E. 3rd Street, Los Angeles, California, et al., CV 07-5492 VBF (FFMx);

c. A Stipulation between the United States, Escobar Sr., and Linda Escobar in the matter United States v. Vehicles Seized from Brooklyn Auto Sales Business Locations, et al., CV 08-00035 VBF (FFMx); and

d. A Stipulation between the United States, Escobar Sr., and Linda Escobar in the matter United States v. One 2002 BMW 745i, CV 08-2227 VBF (FFMx).

4. This Court has jurisdiction over the subject matter of the present action and over the parties to the stipulation.

5. The Complaint states a claim for relief against the defendant vehicles.

6. All right, title, and interest of Escobar Sr. and Linda Escobar, and all other potential claimants other than Manheim, in the defendant vehicles is hereby condemned and forfeited to the United States of America. The defendant vehicles are more particularly described as follows:

    a. One 2007 Nissan Altima, VIN 1N4AL21E77N412114, and Nevada license no. 543UCG;

    b. One 2007 Nissan Altima, VIN 1N4AL21E97C124297, and California license no. 5XEG229;

    c. One 2007 Cadillac CTS, VIN 1G6DM57T070179785 and California license no. 5YQM911;

    d. One 2007 Chevrolet Aveo LS, VIN KL1TD56637B066056 and California license no. 5VJS189;

    e. One 2007 Ford Mustang, VIN 1ZVFT84NX75253715 and California license no. 5WIG112; and

    f. One 2007 Chevrolet Tahoe, VIN 1GNFC13J97R167188 and California license no. 5UGT757.

7. Except as to such rights and obligations created by their Stipulation, Escobar Sr. and Linda Escobar release and hold harmless the United States, and any agents, servants, and employees of the United States (or any state or local law enforcement agency), including without limitation the Drug Enforcement Administration, acting in their individual or official capacities, from all claims, actions or proceedings, including, but not limited to, any claim for attorney's fees and/or costs, or interest, which may hereafter be asserted or brought by each of them or on their behalf which are related to or arise out of the present action.

8. All of the parties to the accompanying stipulation shall execute all documentation necessary to carry out their agreement. Escobar Sr. and Linda Escobar shall deliver to undersigned counsel for plaintiff all original certificates of title in their possession, custody, or control for the defendant vehicles. Each party shall bear its own costs of litigation and attorney's fees. Each party waives its right to appeal. This Consent Judgment constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465(a)(2).

9. The Court retains jurisdiction over this case and the parties hereto to effectuate the terms of their agreement and this Consent Judgment. There being no just reason for delay, the clerk is hereby directed to enter this Consent Judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, which constitutes a final judgment as to the interests of Escobar Sr., Linda Escobar, and all other potential claimants other than Manheim in the defendant vehicles.

**IT IS SO ORDERED.**

DATED: May 8, 2009

Valerie Baker Fairbank
THE HONORABLE VALERIE BAKER FAIRBANK
United States District Judge

Presented by:

THOMAS P. O'BRIEN
United States Attorney

/s/ [illegible]
MONICA E. TAIT
Assistant United States Attorney